UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| LEE H. CHARLES and CORINE A. CHARLES, | ) ) ) | Case No. 1:17cv03622 |
| Plaintiffs, | ) ) | Judge Frederick J. Kapala |
| v. | ) ) | Magistrate Judge Iain D. Johnston |
| GREAT AMERICAN INSURANCE COMPANY, an Ohio corporation, and NAU COUNTRY INSURANCE COMPANY, a division of QBE Insurance Group, Ltd., an Australian corporation, | ) ) ) ) ) ) ) | **NOTICE OF APPEARANCE OF CHRISTOPHER D. CATHEY** |
| Defendants. | ) ) | |

Christopher D. Cathey hereby enters his appearance as counsel on behalf of Defendant NAU Country Insurance Company in the above-captioned action and requests that all future pleadings, notices and correspondence be served as follows:

Christopher D. Cathey
Porter Wright Morris & Arthur LLP
250 East Fifth Street, Suite 2200
Cincinnati, Ohio 45202
Telephone: (513) 369-4214
Fax: (513) 421-0991
E-mail: ccathey@porterwright.com

/s/ *Christopher D. Cathey*
Christopher D. Cathey
Porter Wright Morris & Arthur LLP
250 East Fifth Street, Suite 2200
Cincinnati, Ohio 45202
Telephone: (513) 369-4214
Fax: (513) 421-0991
E-mail: ccathey@porterwright.com

*Counsel for Defendant NAU Country Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2018, I electronically filed the foregoing with the Clerk of the United States District Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

*/s/ Christopher D. Cathey*
Christopher D. Cathey
