UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| LEE H. CHARLES, ET AL., | ) | |
| | ) | Case No. 1:17-cv-03622 |
| Plaintiffs, | ) | |
| | ) | Judge Frederick J. Kapala |
| vs. | ) | Magistrate Judge Iain D. Johnston |
| | ) | |
| GREAT AMERICAN INSURANCE COMPANY, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

**NAU COUNTRY INSURANCE COMPANY**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1(a), the undersigned counsel of record, certifies that defendant NAU Country Insurance Company is wholly owned by its parent corporation QBE Holdings, Inc.

DATED this 2nd day of April 2018.

        Respectfully submitted,

        /s/ *Christopher D. Cathey*
        Christopher D. Cathey
        Porter Wright Morris & Arthur LLP
        250 East Fifth Street, Suite 2200
        Cincinnati, Ohio 45202
        Telephone: (513) 369-4214
        Fax: (513) 421-0991
        E-mail: ccathey@porterwright.com
        *Counsel for Defendant NAU Country Insurance Company*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 2, 2018, I electronically filed the foregoing with the Clerk of the United States District Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

                                                   */s/ Christopher D. Cathey*  
                                                   Christopher D. Cathey