# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| LEE H. CHARLES and CORINE A. CHARLES, | ) ) ) | Case No. 1:17cv03622 |
| Plaintiffs, | ) ) | Judge Frederick J. Kapala |
| v. | ) ) | Magistrate Judge Iain D. Johnston |
| GREAT AMERICAN INSURANCE COMPANY, an Ohio corporation, and NAU COUNTRY INSURANCE COMPANY, a division of QBE Insurance Group, Ltd., an Australian corporation, | ) ) ) ) ) ) ) | **DEFENDANT NAU COUNTRY INSURANCE COMPANY'S NOTICE OF MOTION** |
| Defendants. | ) ) | |

To:     All Counsel of Record

PLEASE TAKE NOTICE that Defendant NAU Country Insurance Company ("NAU"), through undersigned counsel, shall appear before the Honorable Frederick J. Kapala or any other judge sitting in Courtroom 5300, United States Courthouse, 327 South Church Street, Rockford, IL 61101, and shall then and there present the attached Motion to Dismiss, or in the Alternative, to Compel Arbitration, a copy of which is attached hereto and has been served and filed via the Court's CM/ECF System.

Respectfully submitted,

/s/ *Christopher D. Cathey*
Christopher D. Cathey
Porter Wright Morris & Arthur LLP
250 East Fifth Street, Suite 2200
Cincinnati, Ohio 45202
Telephone: (513) 369-4214
Fax: (513) 421-0991
E-mail: ccathey@porterwright.com
*Counsel for Defendant NAU Country Insurance Company*

## CERTIFICATE OF SERVICE

    I hereby certify that on April 13, 2018, I electronically filed the foregoing with the Clerk of the United States District Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

                                              */s/ Christopher D. Cathey*
                                              Christopher D. Cathey