# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Lee H. Charles, et al.

                                    Plaintiff,

v.                                                                             Case No.: 1:17–cv–03622
                                                                             Honorable Frederick J. Kapala

Great American Insurance Company, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 17, 2018:

       MINUTE entry before the Honorable Iain D. Johnston: Presentment of the motion to dismiss [51] set for 4/20/2018 is stricken, and is reset to 4/26/2018 at 9:00 AM to coincide with the previously–scheduled telephonic status hearing. The 4/26/2018 hearing remains telephonic. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.