UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Lee H. Charles, et al.
                      Plaintiff,

v.                                  Case No.: 1:17–cv–03622
                                  Honorable Frederick J. Kapala

Great American Insurance Company, et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 29, 2018:

      MINUTE entry before the Honorable Iain D. Johnston: Status hearing held on 5/29/2018. By 6/8/2018 the parties shall file a proposed case management order using the order form located on Judge Johnston's web page. The next status hearing will be set at a later date. Counsel for defendant NAU Country Insurance Company is reminded that he must obtain local counsel. See Local Rule 83.15. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.