# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Lee H. Charles, et al.

                              Plaintiff,

v.                                           Case No.: 1:17−cv−03622
                                                Honorable Frederick J. Kapala

Great American Insurance Company, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 20, 2018:

      MINUTE entry before the Honorable Iain D. Johnston: Status hearing held on 11/20/2018. Defendant's responses to written discovery due to the plaintiff by 11/23/2018. Telephonic status hearing set for 1/15/2019 at 1:30 PM. By 1/11/2019, counsel shall provide direct−dial numbers for the hearing to the Court's operations specialist, who will initiate the call. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.